**Benjamin F. RUSSELL, By Joseph Michael RUSSELL as his next friend, Plaintiff—Appellant,**

v.

**Michael GENNARI, Ph.D.; Anthem Health Plans of America, Incorporated, Defendants—Appellees,**

and

**Evonne Fei; Dixie Shields, Defendants.**

No. 08–1046.

United States Court of Appeals, Fourth Circuit.

Submitted: June 18, 2008.

Decided: July 15, 2008.

Virginia; Anthony F. Shelley, Adam P. Feinberg, Jeffrey Hahn, Miller & Chevalier, Chartered, Washington, D.C., for Appellees.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Michael Russell, on behalf of his son, Benjamin F. Russell, appeals the district court's order dismissing this action alleging negligence and breach of fiduciary duty. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Russell v. Gennari*, No. 1:07–cv–00793–GBL–BRP, 2007 WL 3389998 (E.D.Va. Nov. 8, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*